IN THE SUPREME COURT OF TEXAS

 No. 07-0877

 IN RE CASSIE CUMBY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary orders, filed October 26, 2007,
is granted. The Order Granting Grandparent Possession or Access dated
August 23, 2007, in Cause No. 07-04-20,601CV, styled In the Interest of
D.K.B., A Child, in the 25th District Court of Lavaca County, Texas, is
stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this November 29, 2007.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk